UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| ALISSA M. VOORHEES,<br><br>**Plaintiff,**<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION;<br><br>**Defendant.** | 1:22-CV-01020-MAM<br><br>ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(G) |

Upon consideration of the Commissioner's Unopposed Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993);[1] it is further

ORDERED that upon remand by the Court, the Commissioner will take further administrative action as required, including reassessing Plaintiff's residual functional

---

[1] The Clerk of Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.

capacity after further consideration of the medical opinions, and to identify jobs Plaintiff can perform, if any.

DATED this 19th day of May, 2023.

BY THE COURT:

_____
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**